# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Voncretia A Peck aka Voncretia Annise Peck | BK NO. 24-00930 MJC |
| Debtor(s) | Chapter 13 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of MIDLAND CREDIT MANAGEMENT INC. and index same on the master mailing list.

Respectfully submitted,

/s/ *Brent J. Lemon*
Brent Lemon
06 Aug 2024, 16:25:11, EDT

KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322