UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PA

Chapter: 13
Case No: 2400930

In re: VONCRETIA A PECK

Account Number: 7217

## WITHDRAWAL OF PROOF OF CLAIM

COMES NOW, Portfolio Recovery Associates, LLC by PRA Receivables Management, LLC agent. Pursuant to the Federal Rule of Bankruptcy Procedure 3006, withdraws its proof(s) of claim 21 filed on 06/19/2024 in the amount of $6,641.74 , and in furtherance, states as follows:

(1)  an objection to the claim has been filed;

(2)  the claimant is not a defendant in an adversary proceeding in the case; and

(3)  in a Chapter 11, 12 or 13 case, the claimant has not accepted or rejected the plan or otherwise participated meaningfully in the case.

On this date 8/13/2024.


By: /s/ Ciara M. Lawton
    Ciara M. Lawton
    Bankruptcy Representative
    PRA Receivables Management, LLC., as agent of
    Portfolio Recovery Associates LLC.
    POB 41067
    Norfolk, VA 23541
    E-mail: Bankruptcy_Info@prareceivables.com