United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                      Case No. 24-00930-MJC

Voncretia A Peck                                   Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5                        User: AutoDocke                            Page 1 of 1

Date Rcvd: Sep 03, 2024                  Form ID: pdf010                         Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 05, 2024:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 5613979 | Email/PDF: resurgentbknotifications@resurgent.com | Sep 03 2024 19:10:55 | LVNV Funding, LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 05, 2024                          Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 3, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brent J Lemon | on behalf of Creditor MIDLAND CREDIT MANAGEMENT INC. blemon@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Keri P Ebeck | on behalf of Creditor MIDLAND CREDIT MANAGEMENT INC. kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;politicsci2@gmail.com;agilbert@bernsteinlaw.com;kebeck@ecf.courtdrive.com |
| Mark E. Moulton | on behalf of Debtor 1 Voncretia A Peck markmoulton@moultonslaw.com staff@moultonslaw.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| | : | |
| VONCRETIA PECK, | : | |
| Debtor, | : | Case No. 5:24-bk-00930-MJC |
| | : | |
| VONCRETIA PECK, | : | |
| Objector, | : | |
| vs. | : | |
| | : | |
| LVNV FUNDING, LLC, | : | |
| Claimant. | : | |
| | : | |

## ORDER

Upon consideration of Debtor's Objection to Claim No. 5 of LVNV Funding, LLC, Dkt. # 24 ("Objection"), after notice and an opportunity for hearing, and no response having been filed thereto, it is hereby

**ORDERED** that the Objection is **SUSTAINED** and the Claim No. 5 of LVNV Funding, LLC is disallowed.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: September 2, 2024