LOCAL BANKRUPTCY FORM 9013-4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:
Voncretia A Peck

**Debtor(s)**
Voncretia A Peck

**Plaintiff(s)/Movant(s)**
vs.
MIDLAND CREDIT MANAGEMENT INC.

**Defendant(s)/Respondent(s)**

CHAPTER 13

CASE NO. 5 - 24 -bk- 00930-

ADVERSARY NO. __-__ -ap-_____
(if applicable)

Nature of Proceeding: Objection to Claims

Document #: 17, 18, 19, 20 & 45

## REQUEST TO CONTINUE HEARING/TRIAL WITH CONCURRENCE[1]

This request must be filed at least twenty-four (24) hours prior to the hearing. All requests must be approved by the Court. Submitting a request is not an automatic continuance.

The undersigned hereby requests a continuance with the concurrence of the opposing party (parties). This is a first request for a continuance.[2]

Reason for the continuance.
Parties working to resolve Debtor's obection Midland Credit's claims 17-20.

Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: 9/12/24

/s/ Keri P. Ebeck

Attorney for Respondent

Name: Keri P. Ebeck

Phone Number: 412-456-8112

---

[1] No alterations or interlineations of this document are permitted.

[2] If this is not a first request for a continuance, then a Motion to Continue must be filed.