LOCAL BANKRUPTCY FORM 9019-1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

Voncretia Peck

**Debtor(s)**

Voncretia Peck

**Plaintiff(s)/Movant(s)**
vs.

**Defendant(s)/Respondent(s)**

CHAPTER 13

CASE NO. 5-24-bk-00930

ADVERSARY NO. __-__-ap-_____
(if applicable)

Nature of Proceeding: Objection to Claims

Pleading: POC's 17-1, 18-1, 19-1, 20-1

Document #: 32, 33, 34, 35 and 45

## REQUEST TO REMOVE FROM THE HEARING/TRIAL LIST*

CHECK ONE:

[ ] The undersigned hereby withdraws the above identified pleading with the consent of the opposition, if any.

[✓] The undersigned counsel certifies as follows:

(1) A settlement has been reached which will be reduced to writing, executed and filed within (please check only one).
  [ ] Thirty (30) days.
  [ ] Forty-five (45) days.
  [✓] Sixty (60) days.

(2) If a stipulation is not filed or a hearing requested within the above-stated time frame, the Court may dismiss the matter without further notice.

(3) Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: 10/29/2024        s/Mark E. Moulton
                         Attorney for Voncretia Peck

*No alterations or interlineations of this document are permitted. This request must be filed twenty-four (24) hours prior to the hearing.